

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-14-01018-CV

**Ricky D. Parker and James Myers**

**v.**

**Schlumberger Technology Corporation**

NO. 14-DCV-218252 IN THE 268TH DISTRICT COURT OF FORT BEND COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| MT FEE | $10.00 | 09/03/2015 | E-PAID | ANT |
| MT FEE | $10.00 | 08/28/2015 | E-PAID | ANT |
| MT FEE | $10.00 | 06/23/2015 | E-PAID | ANT |
| MT FEE | $10.00 | 03/20/2015 | E-PAID | ANT |
| MT FEE | $10.00 | 03/09/2015 | E-PAID | ANT |
| CLK RECORD | $314.00 | 01/08/2015 | PAID | ANT |
| RPT RECORD | $4,500.00 | 01/02/2015 | PAID | ANT |
| STATEWIDE EFILING | $20.00 | 12/29/2014 | E-PAID | ANT |
| FILING | $175.00 | 12/29/2014 | E-PAID | ANT |
| MT FEE | $10.00 | 12/29/2014 | E-PAID | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $5,069.00.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this December 4, 2015.

**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**